UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KEENAN ROMERO, ET AL.,**<br>       **Plaintiffs** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-1142** |
| **LINDER OIL COMPANY, ET AL.,**<br>       **Defendants** | **SECTION: "E" (5)** |

### ORDER

**IT IS ORDERED** that this civil action is **ADMINISTRATIVELY CLOSED.**

Any party may seek to reopen this matter, if necessary, by filing a written motion.

**New Orleans, Louisiana, this 16th day of June, 2023.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**
